UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:23-cr-00033-IM |
| v. | INFORMATION |
| MILTON LEWIS BENNETT, | 42 U.S.C. § 408 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(False Statement)**
**(42 U.S.C. § 408(a)(3))**

Between on or about July 1, 2017, and continuing through on or about July 31, 2021, within the District of Oregon and elsewhere, defendant MILTON LEWIS BENNETT knowingly made and caused to be made any false statement and representation of a material fact for use in determining rights to payment under United States Code Title 42, Chapter 7, Subchapter II, to wit: he did not supply his true identifying

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Revised April 2018

information in his application for benefits;

      In violation of Title 42 United State Code, Section 408(a)(3);

Dated: February 2, 2023

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

/s/ Rachel Sowray
RACHEL SOWRAY, OSB #095159
Special Assistant United States Attorney

Revised April 2018